**Exhibit A to the Complaint**

**Location:** Fountain Valley, CA  
**Total Works Infringed:** 31  
**IP Address:** 45.48.153.253  
**ISP:** Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E919702C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02-13-2022 09:51:05 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 2 | Info Hash: D92F7F775CCBBD4F3ECE1DE7284FB3730542DAEE<br>File Hash: C669CE7D75D3FDF661F023E3501959250791DBE0824213A831FB084112D9D1CE | 02-06-2022 07:32:34 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 3 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 02-04-2022 02:24:39 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 4 | Info Hash: 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E<br>File Hash: 66A006D33BAEFF597C6F7C1122E7E8CE9974BA3B61182279E4DB64247FC0AA79 | 12-29-2021 04:49:14 | Tushy | 12-17-2018 | 02-02-2019 | PA0002155393 |
| 5 | Info Hash: B4CA9DE725804650188413CE5326FF8FD94AE9ED<br>File Hash: 0C56EBDD4D5D2919F5D8C97CA4E2EA5E0F641D4118D6F26C6A1881C35EF0B6CE | 12-28-2021 23:48:49 | Tushy | 09-28-2018 | 10-16-2018 | PA0002127781 |
| 6 | Info Hash: D40E1D6B575B0F2EF6B61AC0FCF426C0244768C2<br>File Hash: A63DEB4026D01320B444D291CEA691B6251858B775B8EF41398A7A8A359AB00C | 12-28-2021 11:23:23 | Vixen | 02-08-2020 | 03-18-2020 | PA0002241445 |
| 7 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 12-22-2021 01:58:47 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 8 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 11-21-2021 06:53:56 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-21-2021 06:47:06 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 10 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 11-21-2021 06:46:57 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 11 | Info Hash: B0B73F7A0F68AE2A0BF8B9FA747E49B3D635D382<br>File Hash: 572AC2FA53AA57847D04D3147E9003F1DD21A6BDB57EB637CC29D4185D2B09E4 | 11-09-2021 06:47:53 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 12 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 11-02-2021 23:56:11 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 13 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-20-2021 05:35:27 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 14 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash: 77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-18-2021 22:45:20 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 15 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-18-2021 22:44:59 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 16 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 09-18-2021 22:43:19 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 17 | Info Hash: E20A4EA289705EFA7E7D898B7E9C5A16F243AFA7<br>File Hash: C72E82F623818F5895CDF15F9B7A008223C69396B1E16C8DC1BFEC98CC2A4269 | 08-21-2021 09:46:27 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE<br>File Hash: 4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 08-17-2021 04:58:15 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 19 | Info Hash: D868AF75E88D4458311F4BB5882BC2C292DF8E86<br>File Hash: AF2CA8B2EBA9FFD844C570A0AEE3DCA505B5F667FDF16D8CAF4A4FDD1F5F0581 | 08-13-2021 02:02:12 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 20 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash: 1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 08-13-2021 01:55:09 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 21 | Info Hash: C70D80803CA758E17EAFC5409414728154C67D5C<br>File Hash: 28B6A6542F99F248C441A6E1D12DC83DD030931BB53C9C24E3F39D03E46A2339 | 07-04-2021 01:56:46 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 22 | Info Hash: A0762A412627C8432FC80DC874CB6976CE03E4BE<br>File Hash: B16C582835A37ED176DA3149450EDF8CDD09C1B97E024EE4AA9748D7B1B38E8D | 07-03-2021 22:06:19 | Vixen | 12-15-2019 | 01-03-2020 | PA0002233430 |
| 23 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash: C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 06-27-2021 06:59:21 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 24 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 05-15-2021 08:47:51 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 25 | Info Hash: 731BA1B504ED654F7798A1D41ED3F1B225FAAA90<br>File Hash: 84C9BF15ADBA79BD98954BBDE2757F31DC216EF248F0452C868952263120579C | 04-07-2021 23:59:45 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 26 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D99816128528085 | 04-03-2021 00:02:07 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FEBD1E4F3502010960D02B0B8A12F3BAE11B4925<br>File Hash: 2483AF0C38D6E2688F39D2812AE569B8E34C1A34BF2758AEC947472E50263914 | 04-02-2021 23:44:10 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 28 | Info Hash: A2EC51BB7D2404FC63D991F7F9F732629326BDB7<br>File Hash: 787B6138D07764BBC95C8A4DF127C666D13724AEAA99265FC039B297E7B2AC39 | 04-02-2021 23:44:08 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 29 | Info Hash: 8FFE838B0D45144E7F982179B0433679772F10A9<br>File Hash: 624A54B37C805CB3364DBF562699B1C7D382AE87EF97881B8DE92A8966614612 | 04-02-2021 23:36:19 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 30 | Info Hash: B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07<br>File Hash: F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 02-12-2021 22:45:11 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 31 | Info Hash: 4F6E919AF772D9342F71D3479F6A4379B5E5EA40<br>File Hash: 43E7C3F0959D28BD2DC831D5CD246DC20B922B97BA2F286171CA282186F026A8 | 10-13-2020 08:51:28 | Vixen | 06-23-2019 | 08-27-2019 | PA0002213299 |