AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| **DOCKET NO.** 8:22CV0032-TJH   **DATE FILED** 3/1/2022 | United Stated District Court - Central District of California |
| **PLAINTIFF**<br><br>STRIKE 3 HOLDINGS, LLC | **DEFENDANT**<br><br>JOHN DOE subscriber assigned IP address 45.48.153.253 |

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|---|
| 1 | | SEE ATTACHED | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY ☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |
|---|---|

| | COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | . | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order  ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes  ☒ No | DATE RENDERED<br>5/31/2022 |
|---|---|---|
| **CLERK**<br>KIRY K. GRAY | **(BY) DEPUTY CLERK**<br>S. Hall-Brown | **DATE**<br>5/31/2022 |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

Location: Fountain Valley, CA
Total Works Infringed: 31

IP Address: 45.48.153.253
ISP: Spectrum

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 3D7690B89943E78EE1B015364D6D983919E05E73<br>File Hash: E91970 2C0786B00D7E76B14CDB47ADFBA8636C0FB7FD1134F9CA5E95CC1FE9AB | 02-13-2022 09:51:05 | Tushy | 02-06-2022 | 02-14-2022 | PA0002335460 |
| 2 | Info Hash: D92F7F775CCBBD4F3ECE1DE7284FB3730542DAEE<br>File Hash: C669CE7D75D3FDF661F023E3501959250791DBE0824213A831FB084112D9D1CE | 02-06-2022 07:32:34 | Vixen | 02-04-2022 | 02-14-2022 | PA0002335462 |
| 3 | Info Hash: D4F4CB87CF6C9F5B302AEB41BD1901396245154E<br>File Hash: CB502BFCF04BDAE0BB88F6699859AFE62825B44BC764C9A7EEDE96882721EFA5 | 02-04-2022 02:24:39 | Tushy | 01-23-2022 | 02-14-2022 | PA0002335464 |
| 4 | Info Hash: 0D7FB99F5AB358D6F0F6F4902CB16034C2AB618E<br>File Hash: 66A006D33BAEFF597C6F7C1122E7E8CE9974BA3B61182279E4DB64247FC0AA79 | 12-29-2021 04:49:14 | Tushy | 12-17-2018 | 02-02-2019 | PA0002155393 |
| 5 | Info Hash: B4CA9DE725804650188413CE5326FF8FD94AE9ED<br>File Hash: 0C56EBDD4D5D2919F5D8C97CA4E2EA5E0F641D4118D6F26C6A1881C35EF0B6CE | 12-28-2021 23:48:49 | Tushy | 09-28-2018 | 10-16-2018 | PA0002127781 |
| 6 | Info Hash: D40E1D6B575B0F2EF6B61AC0FCF426C0244768C2<br>File Hash: A63DEB4026D01320B444D291CEA691B6251858B775B8EF41398A7A8A359AB00C | 12-28-2021 11:23:23 | Vixen | 02-08-2020 | 03-18-2020 | PA0002241445 |
| 7 | Info Hash: D1E9777E67C9341EDDCA1915A749026CC2307DB6<br>File Hash: 21CDED7FB317274770D07E001AB2481E1EA2D946800B7787A59F61272DEF94CD | 12-22-2021 01:58:47 | Tushy | 10-24-2021 | 11-11-2021 | PA0002321315 |
| 8 | Info Hash: 95F4D9E97D890FC30A535A7B4FA907E5518E1DDC<br>File Hash: 35EB71A7897C82F97706DC86C9B8596E41B802C707A0D62F2D918D96F792C004 | 11-21-2021 06:53:56 | Vixen | 05-08-2020 | 06-08-2020 | PA0002243645 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 795401C50FDDADEABBF656934EF4862EDAF4D812<br>File Hash: 54D9902D31E13E7895DED6398A97BF3B7210AE9A96A784AE73230AECE8305429 | 11-21-2021 06:47:06 | Vixen | 11-12-2021 | 12-09-2021 | PA0002325810 |
| 10 | Info Hash: EA9FF13E03AB98F784270C43F9812FF205C74AD8<br>File Hash: 4B815AE2C3BBEFEA6AB1B15442E7FE5D03648BDEEA1A2993D20BF914535C52BE | 11-21-2021 06:46:57 | Vixen | 08-19-2021 | 10-05-2021 | PA0002315294 |
| 11 | Info Hash: B0B73F7A0F68AE2A0BF8B9FA747E49B3D635D382<br>File Hash: 572AC2FA53AA57847D04D3147E9003F1DD21A6BDB57EB637CC29D4185D2B09E4 | 11-09-2021 06:47:53 | Tushy | 11-07-2021 | 11-11-2021 | PA0002321317 |
| 12 | Info Hash: 775F2CA14447D23424007E92CCEAE9378307B48E<br>File Hash: 393A96A4745DB1CF46E96730EAB57731FE56A1C423EE2CE3AFB30A929D0BE688 | 11-02-2021 23:56:11 | Vixen | 10-15-2021 | 10-19-2021 | PA0002317061 |
| 13 | Info Hash: E80911DFB9A223C1D65056D1A4E2AD4B8EAFE8D9<br>File Hash: 4FAEE6CF727194788E1E339165C431B7DEC10D918A13820CECE400DECA50CDD9 | 09-20-2021 05:35:27 | Tushy | 09-13-2021 | 10-05-2021 | PA0002315290 |
| 14 | Info Hash: D3C7547DFCD8ED55266AD1B89E3DB438623BAFF5<br>File Hash: 77A1BFABFF7693F1B8DFD978DBE77DC1B649C8700FA90290EAB65328CE80BD32 | 09-18-2021 22:45:20 | Vixen | 09-03-2021 | 09-30-2021 | PA0002320425 |
| 15 | Info Hash: 1A73D8163644CA83E455669951E0582657F422E8<br>File Hash: 8BD1C16FAA5C47663ADA3CA5D2931DDD6D6FF4CFADA05F3FC545F4D565B08042 | 09-18-2021 22:44:59 | Vixen | 09-13-2021 | 10-05-2021 | PA0002315286 |
| 16 | Info Hash: AC3D3B8282563DDBACFEEB9915DA0ACA37FEC2DD<br>File Hash: CE1C7E0C34CCE673204AB3CE70296C4466B044EFBE38AE0A048211F0E959DCA2 | 09-18-2021 22:43:19 | Vixen | 09-13-2021 | 09-30-2021 | PA0002319739 |
| 17 | Info Hash: E20A4EA289705EFA7E7D898B7E9C5A16F243AFA7<br>File Hash: C72E82F623818F5895CDF15F9B7A008223C69396B1E16C8DC1BFEC98CC2A4269 | 08-21-2021 09:46:27 | Tushy | 04-18-2021 | 06-03-2021 | PA0002299684 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 156E9CD40E90496BDB0EAEC3D0B34567DBD603DE<br>File Hash: 4A49CB21213268044A33070B1FB50D99C1025F2043E66C5F8040E27ABBEA4AFA | 08-17-2021 04:58:15 | Vixen | 07-13-2019 | 08-02-2019 | PA0002192302 |
| 19 | Info Hash: D868AF75E88D4458311F4BB5882BC2C292DF8E86<br>File Hash: AF2CA8B2EBA9FFD844C570A0AEE3DCA505B5F667FDF16D8CAF4A4FDD1F5F0581 | 08-13-2021 02:02:12 | Vixen | 04-02-2021 | 06-09-2021 | PA0002295593 |
| 20 | Info Hash: 980E29E94CEBAFEE2E480DF633DF6187E8CC965D<br>File Hash: 1A0F9D7BE2306841713F712039A84E4EC7164CAF368F5352E5F088BEB55B5CA9 | 08-13-2021 01:55:09 | Tushy | 08-01-2021 | 09-30-2021 | PA0002320423 |
| 21 | Info Hash: C70D80803CA758E17EAFC5409414728154C67D5C<br>File Hash: 28B6A6542F99F248C441A6E1D12DC83DD030931BB53C9C24E3F39D03E46A2339 | 07-04-2021 01:56:46 | Vixen | 02-18-2020 | 03-18-2020 | PA0002241449 |
| 22 | Info Hash: A0762A412627C8432FC80DC874CB6976CE03E4BE<br>File Hash: B16C582835A37ED176DA3149450EDF8CDD09C1B97E024EE4AA9748D7B1B38E8D | 07-03-2021 22:06:19 | Vixen | 12-15-2019 | 01-03-2020 | PA0002233430 |
| 23 | Info Hash: AEA7918FD1B713FD99E2F97CFFC399F016CF59E9<br>File Hash: C9FABD456B6F378F280307BFE97EEF137BEB4D2D010417C8FCDA6B7AA8548122 | 06-27-2021 06:59:21 | Vixen | 11-06-2020 | 12-09-2020 | PA0002274936 |
| 24 | Info Hash: 0B2D244E6C372AFB4EA5ECAC53684B50CE489230<br>File Hash: 374F6A352D2777D9FA27B09765B01F663BEDFA9232A8570726A6A8DF3989D115 | 05-15-2021 08:47:51 | Tushy | 01-31-2021 | 02-09-2021 | PA0002276144 |
| 25 | Info Hash: 731BA1B504ED654F7798A1D41ED3F1B225FAAA90<br>File Hash: 84C9BF15ADBA79BD98954BBDE2757F31DC216EF248F0452C86895226312057 9C | 04-07-2021 23:59:45 | Vixen | 01-22-2021 | 02-26-2021 | PA0002283698 |
| 26 | Info Hash: 5167AC74AE2BC1DC8217D9D9F650397D03565CF0<br>File Hash: 86B858693F785B38CD42D483226C479FC8F3EFCE6A2F13AE4D9981612852808 5 | 04-03-2021 00:02:07 | Tushy | 03-14-2021 | 03-22-2021 | PA0002282514 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: FEBD1E4F3502010960D02B0B8A12F3BAE11B4925 File Hash: 2483AF0C38D6E2688F39D2812AE569B8E34C1A34BF2758AEC947472E50263914 | 04-02-2021 23:44:10 | Tushy | 02-07-2021 | 03-08-2021 | PA0002280362 |
| 28 | Info Hash: A2EC51BB7D2404FC63D991F7F9F732629326BDB7 File Hash: 787B6138D07764BBC95C8A4DF127C666D13724AEAA99265FC039B297E7B2AC39 | 04-02-2021 23:44:08 | Tushy | 01-10-2021 | 02-09-2021 | PA0002276153 |
| 29 | Info Hash: 8FFE838B0D45144E7F982179B043367977 2F10A9 File Hash: 624A54B37C805CB3364DBF562699B1C7D382AE87EF97881B8DE92A8966614612 | 04-02-2021 23:36:19 | Tushy | 03-07-2021 | 03-22-2021 | PA0002282503 |
| 30 | Info Hash: B0E5916DDA0894DBA9F4D5DF96340FFF086ABF07 File Hash: F6495E1085B69EAF1AB4D54066963D3B64639435D63BDAD59D02AD76F1AACBFF | 02-12-2021 22:45:11 | Vixen | 01-29-2021 | 02-26-2021 | PA0002283702 |
| 31 | Info Hash: 4F6E919AF772D9342F71D3479F6A4379B5E5EA40 File Hash: 43E7C3F0959D28BD2DC831D5CD246DC20B922B97BA2F286171CA282186F026A8 | 10-13-2020 08:51:28 | Vixen | 06-23-2019 | 08-27-2019 | PA0002213299 |